JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUAN CARLOS CORONADO-BENEDITH,<br>Petitioner,<br>v.<br>FERETI SEMAIA, et al.,<br>Respondents. | Case No. EDCV 26-6145-AS<br><br>**JUDGMENT** |

Pursuant to the Memorandum Decision and Order, the Petition is GRANTED.

DATED: October 30, 2026

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE